United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MAGHSOUD TAGHAVI | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-2557-S-BN |
| ENRIQUE LEBLANC SOTO, et al. | § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 25. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Default Judgment Against Y&S Trucking, LLC [ECF No. 22] is **DENIED**.

**SO ORDERED.**

SIGNED July 18, 2022.

_____
**UNITED STATES DISTRICT JUDGE**