# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| MAGHSOUD TAGHAVI § <br> § <br> v. § <br> § <br> ENRIQUE LEBLANC SOTO, § <br> IGNACIO ISER, TEAM ISER § <br> TRUCKING CORP., YES 1 § <br> LOGISTICS LLC, and Y&S § <br> TRUCKING LLC § | CIVIL ACTION NO. 3:21-CV-2557-S-BN |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 114. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendant Yes 1 Logistics, LLC's Motion for Summary Judgment [ECF No. 60] is **GRANTED**.

**SO ORDERED.**

SIGNED November 14, 2023.

_____
**UNITED STATES DISTRICT JUDGE**