# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| MAGHSOUD TAGHAVI | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-2557-S-BN |
| | § | |
| ENRIQUE LEBLANC SOTO, et al. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 13, 2024.

_____
UNITED STATES DISTRICT JUDGE