# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MAGHSOUD TAGHAVI | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-2557-S-BN |
| | § | |
| ENRIQUE LEBLANC SOTO, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **GRANTS** Plaintiff Maghsoud Taghavi's Application for Turnover Order [ECF No. 139] under Federal Rule of Civil Procedure 64 and Section 31.002 of the Texas Civil Practice and Remedies Code seeking an award of all rights and title to Defendants Enrique Leblanc Soto, Y&S Trucking, LLC, and Ignacio Iser's causes of action against Brooklyn Specialty Insurance Company Risk Retention Group, Inc. ("Brooklyn"), its subsidiaries, and any entity having an ownership stake of at least 51% in Brooklyn.

**SO ORDERED.**

SIGNED June 26, 2025.

_____
UNITED STATES DISTRICT JUDGE